*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Edward L. Ryan* and *John R. Davison* of counsel), for appellant. *Coleman Taylor* and *William H. Bennison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER and FULD, JJ. LEWIS, J., dissents and votes to dismiss the appeal without prejudice to an application to the Court of Claims to enter a judgment upon the combined old and new findings and without prejudice to an appeal therefrom. Taking no part: DYE, J.

In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY (160 EAST 48TH ST., NEW YORK CITY).
SIDNEY S. PRINCE FOUNDATION, INC., on Behalf of Itself and Other Certificate Holders Similarly Situated, Petitioner-Appellant-Respondent; CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent-Appellant, and HENRY WEINER, as Trustee, Respondent.

Argued June 5, 1946; decided July 23, 1946.

*Lawrence S. Greenbaum, Theodore S. Jaffin* and *Andrew R. Tyler* for petitioner-appellant-respondent.

*William M. Evarts* and *Rudolf B. Schlesinger* for respondent-appellant.

*Thomas Keogh* and *Joseph L. Maged* for respondent trustee.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

In the Matter of J. STANLEY STEINBERG, Appellant, against CARROLL E. MEALEY, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted June 10, 1946; decided July 23, 1946.

*Nathaniel L. Goldstein, Attorney-General (Herman F. Nehlsen* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.

In the Matter of TOM SMITH, Appellant, against ASHLEY T. COLE et al., as Members of the Racing Commission of the State of New York et al., Respondents.

Submitted June 10, 1946; decided July 23, 1946.